COURT OF APPEALS 
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 2-03-210-CV
 
IN THE INTEREST OF J.A., JR.   

----------
FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
----------
MEMORANDUM OPINION


 AND JUDGMENT
----------
We have considered appellant’s “Motion To Dismiss Appeal.” It is the
court's opinion that the motion should be granted; therefore, we dismiss the
appeal. See TEX. R. APP. P. 42.1(a)(1), 43.2(f).
 
PER CURIAM  
PANEL D:   CAYCE, C.J.; DAY, and LIVINGSTON, 
JJ.

DELIVERED: October 9, 2003